

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00613-CV

**CB RESTAURANTS, INC. D/B/A SUGARS**,
Appellant

v.

Elizabeth **MARTINEZ** and Julian Silva, Individually and on behalf of the Estate of Cary Silva, Deceased, and Lindsay Shanahan, as next friend of J.S. and L.S., minor children,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI25937
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are assessed against appellant CB Restaurants, Inc. d/b/a Sugars. *See* TEX. R. APP. P. 42.1(d).

SIGNED December 4, 2024.

_____
Irene Rios, Justice